# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**WALTER B. FIELDS, JR.,**
**ADC #115963**                                                                                          **PLAINTIFF**

V.                              **CASE NO. 4:16-CV-00372 BD**

**MONTE MUNYAN, et al.**                                                                         **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered on this day, this case is DISMISSED. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

Dated this 7th day of March, 2017.

_____
UNITED STATES MAGISTRATE JUDGE